BENEDICT O'MAHONEY (State Bar No. 152447)
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER *(Pro Hac Vice to be Filed)*
CORBY R. VOWELL *(admitted Pro Hac Vice)*
TODD I. BLUMENFELD *(admitted Pro Hac Vice)*
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

**Counsel for Plaintiff**
**SOFTVAULT SYSTEMS, INC.**

SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699-2700
Fax:  619.699-2701

RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
SUMMER KRAUSE (Bar No. 264858)
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

1

ANDREW STEIN (*Pro Hac Vice* pending)
andrew.stein@dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel:  202.799.4000
Fax:  202.799.5000
**Counsel for Defendant**
**SOPHOS INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC. | CASE NO. 5:14-cv-03222-LHK |
| Plaintiff, | **JOINT SETTLEMENT STATUS REPORT** |
| vs. | |
| SOPHOS INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

Pursuant to this Court's Order of November 7, 2014 [Dkt. No. 34], Plaintiff SoftVault Systems Inc. ("SoftVault" or "Plaintiff") and Defendant Sophos Inc. ("Sophos" or "Defendant") (SoftVault and Sophos are sometimes referred to herein as "Parties") hereby provide the Court with this Joint Settlement Status Report.

The Parties have executed a settlement agreement and are now awaiting final effectuation of the settlement pursuant to the terms therein.  The Parties anticipate final effectuation to occur on or around January 16, 2015, followed by dismissal of the claims and counterclaims in this action shortly thereafter.

Dated: January 14, 2015

/s/  *Corby R. Vowell* (*admitted Pro Hac Vice*)
Jonathan T. Suder (*PHV to be filed*)
Todd Blumenfeld (*admitted Pro Hac Vice*)

FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Benedict O'Mahoney
(Bar No. 152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

**Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.**

Dated: January 14, 2015

*/s/ Kathryn Riley Grasso*
SEAN C. CUNNINGHAM
(Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO
(Bar No. 211187)
kathryn.riley@dlapiper.com
DLA PIPER LLP (US)
401 B. Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619-699-2700
Facsimile: 619-699-2701

RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
SUMMER KRAUSE (Bar No. 264858)
summer.krause@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

ANDREW STEIN (*Pro Hac Vice* pending)
andrew.stein@dlapiper.com

DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel:  202.799.4000
Fax:  202.799.5000

**Counsel for Defendant
SOPHOS INC.**


## ATTORNEY ATTESTATION

I, Corby R. Vowell, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

*/s/ Corby R. Vowell*